

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00633-CR

Ex Parte Fernando Paramo **HERNANDEZ**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1274
The Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the trial court's order denying habeas corpus relief is AFFIRMED.

SIGNED April 1, 2015.

_____
Karen Angelini, Justice